ORIGINAL


FILED

10/17/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0403

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 24-0403

IN RE THE MARRIAGE OF:

JOHN KURTIS OBLINGER,

Petitioner and Appellant,

and

LORA JEAN OSTER,

Respondent and Appellee.

**FILED**

OCT 17 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

This Court reviews briefs to ensure compliance with Rules 11 and 12 of the Montana Rules of Appellate Procedure. After reviewing the Appellant's opening brief filed on October 17, 2024, this Court has determined that the brief does not comply with the Rules and must be resubmitted.

M. R. App. P. 12(1)(d) requires a brief contain a "statement of the facts relevant to the issues presented for review, with references to the pages or the parts of the record at which material facts appear[.]" The statement of the facts in Appellant's opening brief does not contain reference to the pages or the parts of the record at which material facts appear.

M. R. App. P. 12(1)(g) requires a brief contain an argument section which "shall contain the contentions of the appellant with respect to the issues presented, and the reasons therefor, with citations to the authorities, statutes, and pages of the record relied on[.]" The argument section of the Appellant's opening brief does not contain citations to the authorities and pages of the record relied on.

Therefore,

IT IS ORDERED that the signed original and seven copies of the referenced brief be returned for revisions necessary to comply with the specified Rules;

IT IS FURTHER ORDERED that a signed original and seven copies of the

revised brief ordered herein be filed within ten (10) days of the date of this Order with the Clerk of this Court and that one copy of the revised brief be served on each counsel of record;

IT IS FURTHER ORDERED that no changes, additions, or deletions other than those specified in this Order may be made to the brief as originally filed;

IT IS FURTHER ORDERED that the postage costs for returning the referenced copies of Appellant's brief will be billed to Appellant by the Clerk of this Court and shall be due and payable upon receipt; and

IT IS FURTHER ORDERED that the times for any subsequent briefing contained in M. R. App. P. 13 shall run from the date of filing of the revised brief.

The Clerk of this Court is directed to mail a true copy of this Order to Appellant and to mail a true copy of this Order to all counsel upon whom the brief was served.

DATED this 17th day of October, 2024.

For the Court,

By_____
Justice